UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　Plaintiff,<br><br>v.<br><br>THEOPIA BATES, SANDRA BATES,<br><br>　　Defendants. | Case No. 24-12505<br>Honorable Laurie J. Michelson |

**CORRECTED ORDER ALLOWING THE DEPOSIT OF LIFE INSURANCE BENEFITS INTO THE COURT**

Pursuant to the parties' stipulated order for remittance of proceeds, discharge, and dismissal (ECF No. 10),

IT IS HEREBY ORDERED AND ADJUDGED that MetLife may deposit into the Registry of the Court group life insurance benefits in the amount of TWENTY-FIVE THOUSAND, SEVEN HUNDRED AND FIFTY-FOUR AND 11/100 DOLLARS ($25,754.11), representing $23,757.50 in plan benefits and $1,996.61 in interest, payable under the General Motors Life and Disability Benefits Program (the "Plan") by reason of the death of the Plan participant Louis Bates (the "Decedent").

IT IS FURTHER ORDERED that after MetLife deposits the Plan Benefits, plus any applicable interest, into the Registry of the Court, the Clerk is authorized to deduct from the account any fee authorized by the Judicial Conference of the United States. In the event the check presented to the Court by MetLife is not a bank check or certified check, before depositing the check the Court may hold the check for a

period of up to 14 days or until notified that the check has cleared, whichever occurs earlier.

    IT IS SO ORDERED.


Dated: January 17, 2025

s/ Laurie J. Michelson  
LAURIE J. MICHELSON  
UNITED STATES DISTRICT JUDGE